Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Richmond Division

| | |
|---|---|
| David I Walsh <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Microsoft Corporation <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:23 CV 863 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David I Walsh |
| Street Address | 4485 Windmill Point Road |
| City and County | Whitestone |
| State and Zip Code | Virginia 22578 |
| Telephone Number | 571 216 4138 |
| E-mail Address | walsh1998@verizon.net |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    Microsoft Corporation
    Job or Title (if known)    SENOR CEO SATYA NADELLA
    Street Address    One Microsoft Way
    City and County    Redmond
    State and Zip Code    Washington 98052
    Telephone Number
    E-mail Address (if known)

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964 discrimination claim based on sex (male), and race (white) and age (55) in violation of the Age Discrimination in Employment Act of 1967. Furthermore I believe I have been retaliated against for participating in protected activities in Violation of Title VII of the Civil Rights Act of 1964

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* David I Walsh, is a citizen of the State of *(name)* Virginia.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Microsoft Corporation, is incorporated under the laws of the State of *(name)* Washington, and has its principal place of business in the State of *(name)* Washington.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* __Microsoft Corporation__, is incorporated under the laws of the State of *(name)* __Washington__, and has its principal place of business in the State of *(name)* __Washington__.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

> The plaintiff endured a year of discrimination, hostile work environment and retaliation during the last year of his 15 year employment with Microsoft. Under the pretext of poor "performance" the defendant Microsoft Corporation suddenly terminated the plaintiff after he filed multiple internal complaints of discrimination, racism and retaliation including documented incidents up to the date of his termination. The plaintiff was a documented and Globally awarded and recognized high performing 15+ year Microsoft employee. Microsoft not only forever damaged the plaintiffs reputation and 20+ IT career and the defendant also withheld the plaintiffs remaining Q4 pay in the amount of $40,000 for the FY 2021 contracted sales year, sales commissions in the amount of $27,000 already earned for Q3 that was due to be system generated "8 hours after" sudden termination, Q4 commissions in the amount of $27,000 already earned and year end RBI commisions in the amount of $150,000 including Cash bonus based on already achieving 160% of revenue attainment for the entire sales year. FY21 Year end cash and stock CBI awards of $75,000. Microsoft also withheld FY20 CBI rewards in retaliation including cash and stock valued at $75,000 in a year the plaintiff exceeded revenue targets as a top contributor on the team acheiving over 150% of revenue plan and contributing to the success of other peers through documented mentoring and knowledge sharing submitted in peer feedback. Furthermore Microsoft withheld additional previously awarded stock valued at over $120,000 to the plaintiff that was in late stages of mutiyear vesting cycles. Additionally there was eligibility for an upcoming 15 years of service and 55 years of age automatic stock vesting plan. The plaintiff had earned and was eligible for Microsoft Board approved Director level 65 severance plan for 15 months of earned severance pay in the amount of $180,000 based on the plaintiffs 15+ consecutive years of employment at Microsoft. The amount of monetary damages far exceeds $75,000.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Please see attached document with claims # 1 - 9.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The amount of relief that is sought is for Micrososft (the defendant) to pay the plaintiff for the Q3 commisions in the amount of $27,000 that were scheduled to be calculated/paid the day after (less than 24 hours) his sudden termination. The commisions that were already earned for Q4 $27,000 since the plaintiff alrerady had achieved his full year revenue target at 160% of plan for the entire FY sales year. The $150,000 year end commisions that were already earned under the Microsoft contracted sales year RBI Program and FY21 CBI program including cash and stock awards totalling $75,000. FY 20 CBI rewards cash and stock withheld totaling $75,000 Remaining employement salary for the contracted Sales year including Q4 in the amount of $40.000. Microsoft Stock shares valued at $120,000 that were already awarded several years prior and fully maturing over a mutiyear stock vesting cycle. Provide the Microsoft Board approved Director level 65 Severance package worth approximately $180,000 that the plaintiff earned over the 15 years of employement that converts to 15 months of paid salary based on one month of severance for every year employeed at Microsoft. Punitive damages based on the amounts detailed above that the plaintiff already earned and was eligible for but was witheld by Microsoft in clear vindictive retaliation. Mental pain and suffering the plaintiff endured in a hostile work environment at Microsoft by the Microsoft Managers / WIT attorney's involved during the final year of employment and irrepairable damage Microsoft caused to the plaintiffs reputation, professional career and future earning potential.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/20/2023

|  |  |
|---|---|
| Signature of Plaintiff | *[signature]* |
| Printed Name of Plaintiff | David I Walsh |

**B.** **For Attorneys**

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____