IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DAVID WALSH, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Case No. 3:23-CV-00863 |
| MICROSOFT CORPORATION | ) ) ) |
| *Defendant*. | ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Walsh ("Plaintiff"), *pro se*, and Defendant Microsoft Corporation ("Defendant"), by counsel, hereby stipulate to the voluntary dismissal of this action in its entirety, with prejudice, and with each party to bear his or its own fees and costs.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Joint Stipulation of Dismissal is signed on behalf of all parties who have appeared in this action.

PLAINTIFF
By: /s/ David I. Walsh
David I. Walsh
4485 Windmill Point Road
Whitestone, Virginia 22578
571-216-4138
walsh1998@verizon.net

*Pro Se Plaintiff*

MICROSOFT CORPORATION
By: /s/
Bret G. Daniel (VSB No. 92189)
McGuireWoods LLP
800 E. Canal Street
Richmond, Virginia 23219
T: (804) 775-4740
F: (804) 775-1061
bdaniel@mcguirewoods.com
*Counsel for Defendant*

SO ORDERED

/s/ MHL
M. Hannah Lauck
United States District Judge

Date: **9/12/2024**